COURT ORIGINAL

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT
DEC 0 9 2005
RECEIVED

IN THE UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT

GEORGE A. BROWN

    PLAINTIFF

V.                                          CIVIL ACTION NO. 05-2231

WARDEN ROSE WILLIAMS, ET AL                 UNA

    DEFENDANTS

## PETITION FOR NOTICE OF APPEAL

COMES NOW THE PLAINTIFF IN THE ABOVE STYLE ACTION AND RESPECTFULLY MOVES THE COURT TO ENTER THIS MOTION FOR PETITION FOR NOTICE OF APPEAL UNDER FRAP, RULE 4. THE PLAINTIFF STATES THE FOLLOWING:

THE PLAINTIFF CHALLENGES THAT THE HONORABLE UNITED STATES DISTRICT JUDGE ORDER IS UNLAWFULLY, ARBITRARY AND VIOLATES THE PLAINTIFFS' 1st, 5th AND 14th CONSTITUTIONAL RIGHTS BECAUSE THE U.S. DISTRICT JUDGE MEMORANDUM OPINION DOES NOT RELATE TO ANY POINT OF LAW AND/OR FACTS TO SUBSTANTIATE HIS CLAIM.

FIRST, THE UNITED STATES DISTRICT JUDGE HAS DENIED THE PLAINTIFFS' 28 U.S.C. § 2254, BECAUSE HE CLAIMS THAT I HAVE FILED PREVIOUS COMPLAINTS WITHOUT STATING A CLAIM UPON WHICH RELIEF MAY BE GRANTED. ACCORDING TO FRCP, RULE 12; ANY COMPLAINT THAT FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE

GRANTED OR WITHOUT MERIT OR FRIVOLOUS COULD NEVER MAKE IT TO THE HIGHER COURT IF THE PETITIONERS' COMPLAINT FITS THE CRITERIA OF FRCP, RULE 12.

SECOND, THE UNITED STATES DISTRICT JUDGE FURTHER ORDERED THAT THE PLAINTIFF CAN ONLY BRING FUTURE CIVIL ACTIONS IN FORMA PAUPERIS IF HE CAN SHOW THAT HE IS UNDER IMMINENT DANGER OF PHYSICAL INJURY. THIS TYPE OF DOCTRINE IS A DENIAL OF JUSTICE TO THE PLAINTIFF HUMAN RIGHTS. THE JUDGES' ADVICE TO THE PLAINTIFF VIOLATES THE LAST CLEAR CHANCE AND THE DANGER CREATION DOCTRINES, BECAUSE THE FREEDOMS, IMMUNITIES AND BENEFITS THAT ALL HUMAN BEINGS SHOULD BE ABLE TO CLAIM AS A MATTER OF RIGHT IN THE SOCIETY IN WHICH THEY LIVE HAVE BEEN REDUCED DOWN TO A REAL THREAT TO ONE'S SAFETY THAT JUSTIFIES THE USE OF FORCE IN SELF-DEFENSE. THE UNITED STATES DISTRICT JUDGE ORDER IS BASED ON THE INFERENCE-ON-INFERENCE RULE BECAUSE THE JUDGE HAS INFERRED THAT THE PLAINTIFFS' 1ST, 5TH AND 14TH CONSTITUTIONAL RIGHTS' CAN NOT VIOLATED AND REPORTED UNDER FORMA PAUPERIS UNLESS THE PLAINTIFF IS IN IMMINENT DANGER.

WHEREFORE, THE PLAINTIFF HAS NO CHOICE BUT TO INFORMED THE COURTS WITH HIS INTENTION WITH THIS NOTICE OF APPEAL.

RESPECTFULLY SUBMITTED THIS __5th__ DAY OF __December__, 2005

_George A. Brown_

ATTORNEY PRO SE

## CERTIFICATE OF SERVICE

1
2   I HEREBY CERTIFY THAT I HAVE THIS DAY SERVED THE PARTY IN
3   THE FOREGOING ACTION WITH A COPY OF THIS BY PLACING THE SAME
4   IN THE UNITED STATES MAIL WITH SUFFICIENT POSTAGE AFFIXED
5   THERETO TO ASSUME DELIVERY AND PROPERLY ADDRESSED TO:
6
7
8   ATTORNEY GENERAL JOHN ASHCROFT
9   UNITED STATES DEPT. OF JUSTICE
10  950 PENNSYLVANIA AVENUE, N.W.
11  WASHINGTON, D.C. 20530
12
13  RESPECTFULLY SUBMITTED THIS 5th DAY OF December, 2005
14
15  *George A. Brown*
16
17  ATTORNEY PRO SE
18
19
20
21
22
23
24
25