# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5493**  **September Term, 2005**

05cv02231

Filed On:

George A. Brown,
    Appellant

v.

Rosa Williams, Warden and Alberto Gonzales, Attorney General,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
JUN 27 2006
CLERK

**BEFORE:** Ginsburg, Chief Judge, and Randolph and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for leave to proceed on appeal in forma pauperis, it is

**ORDERED** that the motion be denied. While incarcerated, appellant has brought at least three civil actions or appeals that were dismissed as frivolous, malicious, or for failure to state a claim. See George A. Brown v. George W. Bush, No. 05-5327 (D.C. Cir. Jun. 9, 2006) (denying in forma pauperis motion under 28 U.S.C. § 1915(g)). Because appellant makes no allegation of imminent danger, he is not entitled to proceed in forma pauperis in this appeal. See 28 U.S.C. § 1915(g). Moreover, the district court correctly ruled that there is no basis for this appeal. See Maloney v. E.I. DuPont de Nemours & Co., 396 F.2d 939, 940 (D.C. Cir. 1967), cert. denied, 396 U.S. 1030 (1970) (this court will defer to district court's certification unless it is unwarranted or not made in good faith).

Even though in forma pauperis status has been denied, appellant is not now required to pay the full filing and docketing fees; under the law of this circuit, appellant must pay the fees only if he wishes to proceed with his appeal. See Smith v. District of Columbia, 182 F.3d 25, 29 (D.C. Cir. 1999). If appellant chooses to pursue this appeal, he must pay the full filing and docketing fee of $255 to the district court within fourteen days of receipt of this order or this appeal will be dismissed. See Wooten v. Metropolitan Police Dep't, 129 F.3d 206, 208 (D.C. Cir. 1997) ("[i]f he is foolish enough to pay [the fee] to have us say essentially what we have already said about his case, his appeal may proceed"). It is

# United States Court of Appeals
### For The District Of Columbia Circuit

---

**No. 05-5493**                          **September Term, 2005**

    **FURTHER ORDERED** that the appeal be dismissed if within fourteen days of receipt of this order appellant has not paid the full filing and docketing fee of $255 to the district court.

    The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

<u>Per Curiam</u>