# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 05-5493                                      September Term, 2006

05cv02231

Filed On:

George A. Brown,
    Appellant

v.

Rosa Williams, Warden and Alberto Gonzales,
Attorney General,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   SEP 1 9 2006

CLERK

### ORDER

By order filed June 27, 2006, directing appellant to pay $255.00 filing and docketing fee to the district court, within 14 days of receipt of this order. Appellant received and signed for the order on July 11, 2006. A check with district court chaser, this date, does not reflect the payment of the $255.00 filing and docketing fee. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk