# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5493**          **September Term, 2006**

05cv02231

Filed On:

George A. Brown,
    Appellant

v.

Rosa Williams, Warden and Alberto Gonzales, Attorney General,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  SEP 1 9 2006

CLERK

## ORDER

By order filed June 27, 2006, directing appellant to pay $255.00 filing and docketing fee to the district court, within 14 days of receipt of this order. Appellant received and signed for the order on July 11, 2006. A check with district court chaser, this date, does not reflect the payment of the $255.00 filing and docketing fee. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 11/7/06
BY: *[signature]* Deputy Clerk
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: *[signature]* Deputy Clerk